UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ST. REGIS MOHAWK TRIBE OF, NEW YORK, | ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. 07-1958 (RWR) |
| v. | ) ) | |
| DIRK KEMPTHORNE, Secretary of the Interior, | ) ) ) | |
| Defendant. | ) | |

**NOTICE OF APPEARANCE OF COUNSEL**

Please enter the appearance of Sara E. Culley as Counsel for Defendant. Ms. Culley is registered to use this Court's Electronic Case Filing System (ECF), and thus may be served electronically using ECF. If necessary, notices, orders, or other papers may alternatively be sent to Ms. Culley at the address below.

DATED:       December 18, 2007             Respectfully submitted,

RONALD J. TENPAS
Assistant Attorney General


_____/s/ Sara E. Culley_____
SARA E. CULLEY (K.S. Bar No. 20898)
Trial Attorney
United States Department of Justice
Natural Resources Section
P.O. Box 663
Washington, D.C.  20044-0663
Tel: (202) 305-0466
Facsimile: (202) 305-0267
E-mail: sara.culley@usdoj.gov

Overnight delivery:
PHB Mail Room 2121
601 D Street, N.W.
Washington D.C., 20004