## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ST. REGIS MOHAWK TRIBE OF, NEW YORK, <br><br> Plaintiff, <br><br> v. <br><br> DIRK KEMPTHORNE, Secretary of the Interior, <br><br> Defendant. | Civil Action No. 07-1958 (RWR) |

**DEFENDANT'S UNOPPOSED MOTION FOR AN EXTENSION OF TIME**

Pursuant to Fed. R. Civ. Pro. 6(b), Defendant Dirk Kempthorne, Secretary of the Interior, ("Defendant") moves for a fourteen (14) day enlargement of time from December 31, 2007 to and including January 14, 2008 to file his responsive pleading to Plaintiff St. Regis Mohawk Tribe of New York's (Plaintiff) Complaint.

As a result of unanticipated demands placed on a particularly heavy personal docket, counsel for Defendant is in need of the additional fourteen days to complete Defendant's responsive pleading. For example, counsel for Defendant must file a response to a motion for a preliminary injunction on December 24, 2007 in *St. Croix Chippewa Indians of Wisconsin v. Kempthorne, et al.*, Civil Action No. 07-2210 (D. DC). In addition, counsel for Defendant has long planned to be out of the office from December 24, 2007 to January 2, 2008. During the majority of this period, counsel for Defendant will be out of state. Accordingly, Defendant's counsel requires extra time to prepare Defendant's pleading. Counsel for Defendant consulted and discussed this matter with counsel for Plaintiff who represented that Plaintiff does not oppose this motion.

Dated: December 18, 2007              Respectfully submitted,

                                      RONALD J. TENPAS
                                      Assistant Attorney General
                                      Environment and Natural Resources Division


                                           /s/ Sara E. Culley
                                      SARA E. CULLEY
                                      Natural Resources Section
                                      Environment & Natural Resources Division
                                      United States Department of Justice
                                      P. O. Box 663
                                      Washington, D.C. 20044-0663
                                      Telephone: (202) 305-0466
                                      Fax: (202) 305-0267
                                      Sara.Culley@usdoj.gov

                                      Maria Wiseman
                                      Office of the Solicitor
                                      United States Department of the Interior

                                      Attorneys for Defendants

**CERTIFICATE OF SERVICE**

      I hereby certify that, on December 18, 2007, I electronically transmitted the foregoing document to the Clerk of the Court, using the ECF system for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Jerry Charles Straus
HOBBS, STRAUS, DEAN & WALKER
2120 L Street, NW
Washington, DC 20037-1527
(202) 822-8282
Fax: (202) 296-8834
Email: jstraus@hsdwdc.com

Attorney for Plaintiff

                                                    /s/ Sara E. Culley
                                               SARA E. CULLEY

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ST. REGIS MOHAWK TRIBE OF, NEW YORK, | ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. 07-1958 (RWR) |
| v. | ) ) ) | |
| DIRK KEMPTHORNE, Secretary of the Interior, | ) ) ) | |
| Defendant. | ) | |

**[PROPOSED] ORDER**

This matter is before the Court on Defendant's Unopposed Motion for an Extension of Time. IT IS SO ORDERED, that Defendant's Unopposed Motion for an Extension of Time is GRANTED and Defendant's responsive pleading is due on January 14, 2008.

DONE THIS _____ DAY OF _____, 2007.

BY THE COURT:

_____
Judge Richard W. Roberts