IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ST. REGIS MOHAWK TRIBE OF NEW YORK, ) <br> ) <br> Plaintiff, ) <br> ) <br> ) <br> v. ) <br> ) <br> DIRK KEMPTHORNE, ) <br> in his official capacity as SECRETARY OF ) <br> THE INTERIOR ) <br> ) <br> Defendant. ) <br> _____) | Case No. 07-cv-01958-RWR |

**PLAINTIFF'S NOTICE OF DISMISSAL OF COMPLAINT**

Plaintiff St. Regis Mohawk Tribe of New York, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby dismisses all causes of action in the complaint without prejudice. Defendant has not yet filed his answer to the complaint in this action, nor has a motion for summary judgment been filed. Dismissal under Rule 41(a)(1) is therefore appropriate.

Respectfully submitted,

_____/s/_____
Jerry C. Straus
D.C. Bar No. 12724
Michael L. Roy
D.C. Bar No. 411841
Marsha K. Schmidt
D.C. Bar No. 387971
Hobbs, Straus, Dean & Walker, LLP
2120 L Street, NW, Suite 700
Washington, DC 20037
202-822-8282

        Steven D. Gordon
        D.C. Bar No. 219287
        Shenan R. Atcitty
        D.C. Bar No. 475807
        Stephen J. McHugh
        D.C. Bar No. 485148
        Holland & Knight LLP
        2099 Pennsylvania Ave Suite 100
        Washington, D.C. 20006
        (202)-955-3000 (phone)
        (202)-955-5664 (fax)

        Counsel for Plaintiff
        St. Regis Mohawk Tribe

Dated: January 10, 2008

## CERTIFICATE OF SERVICE

I hereby certify that on January 10, 2007, the PLAINTIFF'S NOTICE OF DISMISSAL OF COMPLAINT was filed with the United States District Court for the District of Columbia's electronic filing system, to which the following attorneys are registered to be noticed:

    Sara Culley
    U.S. DEPARTMENT OF JUSTICE
    601 D Street, NW
    Room 3135
    Washington, DC 20004
    (202) 305-0466
    (202) 305-0267 (fax)
    sara.culley@usdoj.gov

        _____/s/_____
        Michael L. Roy
        D.C. Bar No. 411841